


| | | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | BENJAMIN WELIKSON<br>phone: 212-788-0924<br>fax: 212-788-0940<br>email: bwelikso@law.nyc.gov |

# MEMO ENDORSED

March 29, 2012

**VIA ELECTRONIC MAIL**
Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/2012
```

Re:  Colin Hall v. The Department of Education of The City of New York, et al.
      Docket Number 11-CV-8203 (RJS) (JCF)

Dear Judge Sullivan:

    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent defendants, the Department of Education of the City of New York ("DOE") and Rosemary Ochoa (collectively "defendants") in this case. I write to inform the Court of the status of the parties' settlement agreement and to request a final extension of two weeks to finalize the terms of the settlement.

    While the parties have an agreement in principle and have been negotiating in good faith to memorialize its terms, there have been some points of disagreement as to the specific terms of the settlement. In light of the parties' on-going efforts, we respectfully request a final two week period within which to finalize this settlement agreement. No further extension requests with respect to this settlement will be made to the Court.

    If the agreement is not fully realized within this final two week period, the parties will jointly write to the Court respectfully requesting that this action be restored. Accordingly, the

parties jointly request a final extension of two weeks, from April 3, 2012 to April 17, 2012, to finalize the terms of this settlement agreement.

        Thank you for your consideration of this request.

        Respectfully submitted,

/s/
Benjamin Welikson
Assistant Corporation Counsel

cc: **By Electronic Mail:**
Stewart Lee Karlin, Esq.
Attorney for Plaintiff
9 Murray Street, Suite 4W
New York, New York 10007

SO ORDERED
Dated: 3/29/12
RICHARD J. SULLIVAN
U.S.D.J.